Cox & Fahner a/c Steel Union Sheet Piling, Inc., et al. v. United States

No. 7940.—

Entry Nos. 896373; 3493; 2289.

January 23, 1951)

*Eugene R. Pickrell* for the plaintiffs.

*David N. Edelstein*, Assistant Attorney General, for the defendant.

Ford, Judge: The appeals listed in schedule "A," hereto attached and made a part hereof, have been formally abandoned by counsel for the plaintiffs. An examination of the record before me fails to disclose any reason which would warrant a disturbance of the presumptively correct values found by the appraiser. I, therefore, find the proper dutiable values of the merchandise covered by said appeals to be the values found by the appraiser. Judgment will be rendered accordingly.